UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **ABDIRAHMAN HASSAN YUSUF,**<br><br>*Petitioner,*<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States; **KRISTI NOEM**, in her capacity as Secretary of the United States Department of Homeland Security; **TODD M. LYONS**, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; **PAMELA BONDI**, in their official capacity as Attorney General of the United States; **DAVID EASTERWOOD** in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; **ANDREW SCHNEIDER** in his official capacity as Sheriff of Grand Forks County<br><br>*Respondents.* | **DECLARATION OF SUE SWANSON IN SUPPORT OF ABDIRAHMAN HASSAN YUSUF'S PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Case No: |

I, Sue Swanson, being first duly sworn upon oath, depose and state as follows:

1. I am an attorney licensed in North Dakota. My attorney's license number is 06699. My place of business is Swanson Law Office, 118 Belmont Road, Grand Forks, ND 58201. My direct phone number is 701-787-8802.

2. I am admitted to practice before the U.S. District Court of North Dakota. My admission is in good standing.

3. I am not subject to any pending disciplinary proceeding or any restriction on my capacity to practice law.

4. I attach as Exhibit A, a true and correct copy of U.S. Citizenship and Immigration Services, *Policy Memorandum: Detention of Refugees Admitted Under INA § 207 Who Have Failed to Adjust to Lawful Permanent Resident Status*, PM-11039.1 (May 10, 2010).

5. I attach as Exhibit B, a true and correct copy of the Federal Court District of Minnesota Order for *U.H. vs. Bondi et al.*, No. 0:26-cv-00417-JRT-DLM (D. Minn. Jan. 28, 2026);

6. I attach as Exhibit C, a true and correct copy of Petitioner's CBP issued I-94 Card documenting Petitioner's Refugee Status.

7. I attach as Exhibit D, a true and correct copy Midwest Neuropsychology Medical Report and Findings for Mr. Yusuf dated February 7, 2018'

8. I attach as Exhibit E, a true and correct copy of Petitioner's USCIS I-485 Receipt Notice for his pending I-485 Petition;

9. I attach as Exhibit F, a true and correct copy of Petitioner's USCIS I-485 Interview Notice;

I hereby declare under penalty of perjury that everything in this declaration is true and correct.

DATED: January 29, 2026                    Respectfully submitted,

                                                /s/ Sue Swanson
                                                Sue Swanson
ND Attorney Lic. No. 06699
Swanson Law Office
118 Belmont Road
Grand Forks, ND 58201
(701) 787-8802 / sue@swansonimmigrationlaw.com