UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
CIVIL No.

**ABDIRAHMAN HASSAN YUSUF,**

*Petitioner,*

v.

**DONALD J. TRUMP**, in his official capacity as President of the United States;
**KRISTI NOEM**, in her capacity as Secretary of the United States Department of Homeland Security;
**TODD M. LYONS**, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement;
**PAMELA BONDI**, in their official capacity as Attorney General of the United States;
**DAVID EASTERWOOD** in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement;
**ANDREW SCHNEIDER** in his official capacity as Sheriff of Grand Forks County

*Respondents.*

**CONSENT/REASSIGNMENT FORM**

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to the Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is mandatory.

Consent __X__          Reassignment _____

Abdirahman Hassan Yusuf_____

Party(ies) Represented

\_\_\_/s/ Sue Swanson_____
Attorney Signature

\_\_\_\_01/29/2026_____
Date