**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

Abdirahman Hassan Yusuf,       )
                                  )
              Petitioner,     )
                                  )      **ORDER TO SHOW CAUSE**
      vs.                        )
                                  )
Donald J. Trump, et al.,        )      Case No. 3:26-cv-24
                                  )
             Respondents.    )

_____

      Defendant Abdirahman Hassan Yusuf filed an amended motion for writ of habeas corpus and a motion to expedite. Doc. 7. It is hereby **ORDERED** that:

      1.      Respondents are directed to file an answer to petitioner's petition for a writ of habeas corpus by no later than February 5, 2026, certifying the true cause and proper duration of petitioner's confinement and showing cause why the writ should not be granted in this case.

      2.      Respondents' answer should include:

           a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of petitioner's detention in light of the issues raised in the habeas petition;

           b.      A reasoned memorandum of law and fact explaining respondents' legal position on petitioner's claims; and

           c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

      3.      If petitioner intends to file a reply to respondents' answer, petitioner must do so by no later than February 9, 2026.

4.     Respondents are **ENJOINED** from moving petitioner outside of North Dakota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from North Dakota will deprive this Court of jurisdiction over the petition. If petitioner has already been removed from North Dakota, respondents are **ORDERED** to immediately return petitioner to North Dakota.

**IT IS SO ORDERED**.

Dated this 3rd day of February, 2026.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court