# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| Abdirahman Hassan Yusuf, | ) |
| Petitioner, | ) ) ) **ORDER OF DISMISSAL** |
| vs. | ) ) Case No. 3:26-cv-24 |
| Donald J. Trump, et al., | ) ) |
| Respondents. | ) |

Petitioner Abdirahman Hassan Yusuf filed a notice of voluntary dismissal. Doc. 12. Petitioner request dismissal of the action prior to service of an answer. The Court **ADOPTS** the notice (Doc. 12) and **ORDERS** the action dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure without prejudice and without attorney's fees, costs, or disbursements to any party.

**IT IS SO ORDERED**.

Dated this 9th day of February, 2026.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court